```
Michael S. Kun (SBN 208684)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, CA 90067
Telephone: (310) 556-8861
Facsimile: (310)-553-2165
mkun@ebglaw.com

Attorneys for Defendant
GRACE HOLMES, INC.
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MADRIZ-RIVAS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GRACE HOLMES, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:24-cv-07061-PCP<br><br>*Assigned to Hon. P. Casey Pitts, Crtrm. 8*<br><br>**DECLARATION OF MICHAEL LAMANA IN SUPPORT OF DEFENDANT GRACE HOLMES, INC.'S RESPONSE TO ORDER TO SHOW CAUSE RE: CAFA JURISDICTION** |

## DECLARATION OF MICHAL LAMANA

I, Michael LaMana, hereby declare and say as follows:

1. I have personal knowledge of the facts and matters set forth herein, and, if called as a witness, I could and would testify competently thereto except as to matters based on information and belief as to which I have a reasonable belief to be true.

2. I am employed by J. Crew Group, LLC, parent company of Grace Holmes, Inc. dba J. Crew Retail ("Grace Holmes") as Senior Director – Enterprise Systems. In this role, I have access to Grace Holmes' computer systems, including having access to employment and payroll records that are maintained on Grace Holmes' systems.

3. Since 2020, Grace Holmes has used the following systems, to which I have access:

    a. HRIS, SAP, and Workday are systems used for employee information, including employee ID numbers, dates of hire, dates of termination, job titles, and store locations.

    b. Dayforce is a system used for employee timekeeping and time records.

4. From 2020 to 2023, Grace Holmes used ADP for employee payroll purposes. As such, Grace Holmes' employee payroll records from August 2020 through April 2023 are accessible through ADP.

5. In 2023, Grace Holmes transitioned to using Workday for employee payroll purposes. As such, Grace Holmes' employee payroll records from April 2023 through present are accessible through Workday.

6. In October 2024, I oversaw the production of data from Grace Holmes' computer systems to Resolution Economics, LLC ("Resolution Economics") so that Resolution Economics could calculate the amount in controversy in this case. Specifically, I oversaw the production of the following data to Resolution Economics:

    a. List of California store locations for Grace Holmes, including store number, store name and address

    b. Employee data from HRIS, SAP and Workday systems including employee IDs, names, dates of hire, dates of termination, titles, and store locations through October 12, 2024

    c. Payroll calendars for years 2020, 2021, 2022, 2023 and 2024

    d. Payroll registers from ADP and Workday from August 30, 2020 to October 12, 2024

    e. Employee timekeeping data from Dayforce from August 30, 2020 to October 12, 2024

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 23rd day of October, 2024 at New York, New York.

1
2
3   _____
4   Michael LaMana
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -
DECLARATION OF MICHAEL LAMANA IN SUPPORT OF DEFENDANT'S
RESPONSE TO ORDER TO SHOW CAUSE RE: CAFA JURISDICTION

FIRM:66063968v1